Robert E. and Joan JOHNSON v. Rodney and Barbara KELLEY, No. 68-78

May 25, 1978. Appeal dismissed for failure to comply with Entry Order of April 17, 1978, requiring that transcript be ordered or statement filed that no transcript is necessary within 30 days.

The Motion for Enlargement of Time to file appellant's brief, being moot, is denied.